IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
2011 MAR 29 PM 12:39
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Trina-Lene May
Plaintiff

-vs-

The Ohio State University
&
Mr. Gordon Gee (President)
Defendant(s)

CASE NO. 3:11 CV 0633

JUDGE JUDGE ZOUHARY

MAG. JUDGE JAMES R. KNEPP II

COMPLAINT

date 3/18/11

Dearest Chief Justice:

1) The defendants & their addresses listed below:

The Ohio State University
Enarson Hall
154 West 12th Street Avenue
Columbus, Oh 43210-1357 ph. 614-292-3980

Mr. Gordon Gee (President of Ohio State University)
205 Bricker Hall
190 North Oval Mall
Columbus, Oh 43210-1357 ph. 614-292-2424

2) Basis of courts jurisdiction:
320 - Assault, Libel & Slander, 42 U.S.C. 1983 -
Civil Rights, 42 U.S.C. 2000e - Title VII - Discrimination.

3) Facts of case:
I was assaulted on the city bus (RTA) by a student.
(RTA) → They said nobody saw him do it, everyone denied it, so their was nothing I could do. I called the police (419-221-5234) to make a report (report # 11-3082). They told me I had to come to the prosecutors office between 8a-9a on specific days of the week.

7 complaint

5 + original

The Lima Police station is at: 109 North Union St. across from the bus station, but I was discouraged from prosecution by an e-mail sent to me from either a Tammy or Vicki (can't quite remember name.) She mentioned if I didn't have the address of the perpetrator then there was nothing that I could do. I got the perpetrators name from Dee at the bus station. His name is Josh Saw Miller, and he resides in my neighborhood. I stretched out my legs on the bus, he was getting on the bus and he kicked my legs really hard. The most difficult resolve is that he attends the same college that I do and I see him on campus periodically. As a result of this, I would like to plead to the court to provide to me and those that I list, an 3 escorts as witnesses for any future wrongdoing that might take place. And 4, preferably marines, at our homes at all times. I have reason to believe, because of other past happenings to me and my family, that the government may be involved and that I will have to sue them in the near future. I would like to request that 3 marines attend to each member of family below as well as everyone that I have to do business with that has to do with my welfare. And 4 marines at each of our homes at all times.
1) Mr. & Mrs. Barbara Smith and Michael Smith. and Trina May residing at: 1710 South Central Ave. Lima, Ohio 45804
Ph. Barbara- 419-231-0872
Ph. Michael- 419-604-7740   Ph. 734-771-0398

complaint

2) Nah May - resides in Mansfield (address, unknown) children & family also a home in Columbus

3) Tameka L. Smith and Mya Garrett & Reginald Garrett
23553 Tireman St.
Dearborn Heights, MI 48127 ph. (313) 595-0642

4) Rhonda L. May
2801 North Rainbow Blvd.
Las Vegas, NV 89108
Ph. 702-813-2435

Dr. Anouti
room 236 or 206
@ St. Ritas Med Center
Lima, OH 45802

5) Gordon H. May Sr.
43 Canfield Circle
Dearborn, Heights, MI 48127-3771
Ph. 313-278-9380

6) Gordon H. May Jr. & Wendy Dickey
1430 Fall River Dr.
Conyers, GA 30013
Ph. 678-608-8431

7) Larry Moseley and Nicole Smith
8101 Cogswell
Romulus, MI. 48174
Ph. 313-769-7429

8) Matthew Woods (address unknown) lives in Novi
ph. 734-765-1249 ? Contact Tameka Smith for correct info.

9) Karen Meyer (witness) office of disability - Ohio lima campus in public services building room 148
ph. 419-995-8264   4240 Campus dr. Lima, OH 45804

10) Justin Logan (witness) security at lima OSU
Tech Ed Lab # 140B
4240 Campus drive
Lima, OH 45804
Ph. 419-995-8499

Complaint

11) John Upshaw - (witness) Student Judicial Officer at Lima OSU
    4240 Campus dr.
    Public Services building room 236
    Lima, Oh 45804
    ph. 419-995-8806

17) Dr. Young Wurm Rhee
    915 W. Market St.
    Suite D Lima, OH 45805
    Ph. 419-224-1122
    Michelle (therapist)

12) Kevin @ Social Security Administration
    (address unknown) ph. 1-800-282-2697 ext. 1910 1367

13) Water Source - Blaine Michael
    P.O. Box 188
    Harrod, Oh 45850
    ph. 419-223-3741

16) Boeing Corporation
    801 Irving Wick Drive West
    Newark, Oh 43056

14) Dave's Reliable Motors
    506 East Market Street
    Lima, Oh 419-228-9998
    ph. 419-228-9998

15) Greenland Estates
    Sally Fox Ph. 419-678-3663
    911 North 7th St. #99
    Coldwater, Oh 45828

(I do hope that the marine escorts would discourage future wrongdoing)

**complaint:** I also had extensive problems being admitted into The Ohio State University. I didn't receive a letter of acceptance. I have not received any information from Financial Aid. My grades in English 110.01 were inconsistent. I received A's on everything I wrote, journals, rough drafts, peer-review workshop, except on final drafts. I received one B (because I rewrote a paper) (original grade C-) and either C or C- on the other final drafts. their were 4 altogether. Gosia Gabrys would teach us things we needed to learn after we needed to learn it. My final grade is a B-. I've enclosed Gosia Gabrys handwriting was illegible and we had to go to her to explain what she meant before we could re-write a paper. She participated in unloving actions.

Samantha Haudenscheild was very unloving instructor for psychology 100. The quizzes, exams, and worksheets listed questions of information we didn't cover in class, some questions were not finished some questions listed two possible answers on a multiple choice quiz and exam. And she wasn't very forgiving when I needed to make-up a quiz because the college was closed and school was canceled on the day that the quiz was due and I had no working computer at home. Our quizzes and grades for both classes are on Carmen. My other Instructor John Upshaw in study skills class was very loving and didn't propel me to do anything that was unlike me and I received a satisfactory grade in his class. I never cheated in any of my classes. And I turned in all of my assignments on time. I do not know my GPA for the winter 2011 quarter as I have not as yet received my transcripts.

I discussed the assault on the RTA bus with Justin Logan in on campus security, but he stated if I did not happen on campus they couldn't do much.

I e-mailed Dean Snyder of my school affairs, but received a follow-up e-mail from Michael Cunningham. I wasn't satisfied with the response. I met with him and presented him with my work and he threw it back at me without considering it. Student Advocacy called me and told me to call Michael Cunningham. I did and he was loud, disrespectful and unloving.

Complaint: I email Gordon Gee (the president) in Columbus and he returned an e-mail but not with a date and time to meet.

4) The relief you desire.

I desire the marine escorts for the individuals and companies I have listed as I am afraid for my life & the lives of my family and friends. And I have been unable to do business successfully within the U.S. and I would like those who I do business with in the present and future to have escorts as well.

I'd like to request an injunction. I feel I have sufficient cause because I have reason to believe that the government and other agencies have used spiritism to hurt me, my family and those with whom I come in contact. And I feel that my problems are a result of those I must do business with being threatened by the government. The times and dates were inconsistent on e-mails at the university. I am a loving, caring citizen and I do not know why I am being hurt as I am. I am uncomfortable on a daily basis. I have been hurt by my family and as a result don't always know my rights Listing all of the said facts in complaint I ask for a trial by jury, if it ~~goes~~ comes to that. I request that all monies belonging to the defendants be ~~handed over~~ ~~exhausted~~ to me, and I ask that you subpoena the following witnesses. And I request the businesses owned by all defendants be handed over to me. addresses and phone #'s listing on preceeding pages of plaintiffs witnesses

1) Karen Meyer  4) Jamie Ricks
2) John Upshaw  5) Dr. Young Rhee
3) Justin Logan  6) Michelle (therapist)

Thank you dear chief justice for your time and understanding
Sincerely yours
Trina-Lene May

Complaint

3/18/11   1710 South Central Ave Lima Oh 45804  Trina-Lene May

Sincerely yours,
Trina-Lene May
TRINA-LENE MAY

1710 South Central Avenue
Lima, OH 45804
ph. 734-771-0398 or 567-712-7100
FAX-NONE
EMAIL - BEAUTIFULONE70@LIVE.COM
TRINAMAY1@MSN.COM
MAY.412@BUCKEYEMAIL.OSU.EDU

MICHAEL CUNNINGHAM THREW MY WORK ON THE TABLE WHEN I PRESENTED IT TO HIM TO READ AND ASSESS.
I did speak with Michael Cunningham of the distortion of facts in the psychology 100 class and of the quizz and exams questions that were impossible to answer. I forgot his response I just remember him relating that he was a psychologist. ~~IF I CONTINUE TO EXPERIENCE WRONGDOING AFTER SUBMITTING MY COMPLAINT~~ I REQUEST ALL MONIES FROM ALL FAMILY MEMBERS OF DEFENDANTS IMMEDIATE FAMILY AND EXTENDED. AND ALL THAT THEY OWN.

Sincerely yours,
Trina-Lene May
TRINA-LENE MAY

1710 South Central Ave
Lima, OH 45804
ph. 734-771-0398 or 567-712-7100
FAX - NONE
EMAILS - BEAUTIFULONE70@LIVE.COM
TRINAMAY1@MSN.COM
MAY.412@BUCKEYEMAIL.OSU.EDU

complaint
3/18/11

In Gosia Gabrys's English 110.01 class.

8

The works presented by other students in the past as examples for us to follow committed some of the same mistakes that she claimed that I did in my papers. When I asked her if I should do some of the same things that they did she (Gosia Gabrys) said that they shouldn't have done that. I wonder what grades they received.

There was also an earlier class at 10:20-12:20 that I could've taken every Monday and Wednesday after Psychology 100 which was over at 9:50am. This 10:20 class was not listed in the schedule. I was enrolled in a 1:30pm-3:30pm class on Monday and Wednesday which meant that I had about 3½ hours between classes. I didn't find out about the 10:20 class until the end of the quarter.

When I found out my final grade in English 110.01 I talked to Kristina Healy, an academic advisor, and she told me all grades are final and cannot be changed after I told her that I didn't agree with the B- I was given.

I called student advocacy and was told that they would send me paper work in order to dispute a grade. I called student advocacy in Columbus on or around March 17, 2011. I forgot who I spoke with there (Jennifer). I called student advocacy on Lima campus and left a message with who I thought was Gail Nelson. That was the name I was given when she called me and informed me to call Michael Cunningham around the middle of the quarter.

I have since learned that there is a Gail Nelson in the counseling center. So I'm not sure that the person at student advocacy had given me her true name. When she returned my called state I mentioned that I had trouble with disagreeing with the grade I was given. She mentioned nothing about an ability to dispute a grade and I forgot to mention it to her. She just re-directed me again to Michael Cunningham and told me that John Upshaw handled judicial matters.

I would like to reinterate the importance of my request for marine escorts as witnesses just in case the court has any doubts as to whether they should provide such a service.

If two are parties to a case, one the plaintiff, the other, the defendant, one of the parties is wrong. If I, the plaintiff, have claimed that my life was threatened and I am wrong then the same claim should be expected of the defendant and they should be requesting escorts. I'd like to add Jamie Ricks, a witness for the plaintiff, to the list of those expecting marine escorts. Her phone number is 937-844-0259

On another occasion I was waiting at the bus stop at school and two people road past in a red car and laughed and pointed I was the only one waiting at that stop at the time.

Complaint

On two other occasions a lady named Connie in the campus bookstores walk-right passed me after asking me if I needed help and I stated that I did. On another occasion she tossed my bag to me after completing the transaction. I later spoke with her supervisor and she said that she would speak to Connie about the matters. Since then I have not had any problems. Connie has been very favorable toward me.

Everything has been hand-written as I do not feel comfortable using anyones networked computer system. I do hope that all of the documents produced by the plaintiff to the court are to the courts satifaction. I would also like to relate to the court that I have been unable to obtain employment in this country since 7/2001.

Sincerely yours
trina-lene May
TRINA-LENE MAY

1710 South Central Avenue
Lima, OH 45804
Ph. 734-771-0398 or 567-712-2100
fax- none
E-mails - beautifulone70@live.com
trinamay1@msn.com
May.412@buckeyemail.osu.edu

complaint